**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JOSE OSWALDO RAMOS,

Petitioner,

v.

WARDEN, ADELANTO ICE PROCESSING CENTER, *et al.*,

Respondents.

Case No. 5:26-cv-06738-JWH-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE AND ORDERING RELEASE**

A# 094-156-545

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Magistrate Judge's Report and Recommendation.[1] No objections to the R&R have been filed. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2. The Petition is **GRANTED**.

3. Respondents are **DIRECTED** to release Petitioner Jose Oswaldo Ramos (A# 094-156-545) from immigration detention **FORTHWITH** on reasonable conditions.

4. Respondents are also **DIRECTED** to file a Status Report no later than November 30, 2026, confirming their compliance with this Order.

5. Judgment shall be entered consistent with this Order after such confirmation is received.

**IT IS SO ORDERED.**

Dated: November 23, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE

[1] Report and Recommendation (the "R&R") [ECF No. 8].