JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSE OSWALDO RAMOS,<br>Petitioner,<br>v.<br>WARDEN, ADELANTO ICE PROCESSING CENTER, *et al.*,<br>Respondents. | Case No. 5:26-cv-06738-JWH-PD<br><br>**JUDGMENT**<br><br>A# 094-156-545 |

Pursuant to the "Order Accepting Report and Recommendation of United States Magistrate Judge and Ordering Release" entered on or about November 23, 2026, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition for Writ of Habeas Corpus is **GRANTED**.

2. Judgment is **ENTERED** in **FAVOR** of Petitioner Cristian Daniel Espiritu Viveros and **AGAINST** Respondents.

3. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 25, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE